UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PERLA DIANA ARMAS (1),<br>GEOVANY JOSUE AGUIRRE (2),<br><br>　　　　Defendants. | No. 19-CR-1566-LAB<br><br>ORDER TO CONTINUE MOTION<br>HEARING/TRIAL SETTING AND<br>EXCLUDE TIME |

　　　The United States of America and defendants PERLA DIANA ARMAS and GEOVANY JOSUE AGUIRRE jointly move to continue the Motion Hearing/Trial Setting set for July 8, 2019, at 2:00 p.m.

　　　For reasons stated in the affidavit of AUSA Heesch of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

　　　IT IS ORDERED that the joint motion is granted. The Motion Hearing/Trial Setting shall be continued to September 9, 2019.

　　　IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until September 9, 2019, shall be excluded in

///

1

computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161. No further motion for continuance will be granted.

DATED: July 2, 2019

_____
HONORABLE LARRY ALAN BURNS
Chief United States District Judge